UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.M.,<br><br>   *Petitioner*,<br><br>   v.<br><br>CARLA PETTY,<br><br>   *Respondent*. | S.D.N.Y. Misc. Action No.: 1:24-mc-00216<br><br>Underlying Action:<br><br>*S.M. v. The City of New York, et al.,* No. 1:20-cv-05164-JPO-RWL<br><br>**ECF CASE** |

### NOTICE OF S.M.'S MOTION TO ENFORCE CARLA PETTY'S COMPLIANCE WITH SUBPOENA TO ATTEND DEPOSITION

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law in Support of S.M.'s Motion to Enforce Carla Petty's Compliance with Subpoena to Attend Deposition, and (ii) Declaration of Stephanie Shimada Taylor and the exhibits thereto, S.M., by and through her undersigned counsel, will and hereby does move this Court at the United States District Court, 40 Foley Square, New York, New York 10007 for an Order pursuant to Federal Rule of Civil Procedure 45 compelling Respondent Carla Petty to comply with the third-party deposition subpoena issued by S.M. in connection with *S.M. v. The City of New York and Good Shepherd Services*, Case No. 1:20-cv-05164-JPO-RWL (S.D.N.Y.), and for such other and further relief as the Court deems just and proper.

Dated: May 10, 2024  
      New York, New York

Respectfully submitted,

*/s/ Stephanie Shimada Taylor*

Aaron H. Marks, P.C.
Rachel M. Fritzler
Jeehyeon (Jenny) Lee
Stephanie Shimada Taylor
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Phone: (212) 446-4856
Fax: (212) 446-4900
aaron.marks@kirkland.com
rachel.fritzler@kirkland.com
jenny.lee@kirkland.com
stephanie.taylor@kirkland.com