UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.M.,<br><br>                      Petitioner,<br><br>     -v-<br><br>CARLA PETTY,<br><br>                      Respondent. | 24-MC-216 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

    Petitioner has filed a motion to compel the deposition of a third party as a miscellaneous case. (ECF No. 1.) Petitioner's motion should have been filed as a motion directed to Judge Lehrburger in the pending civil case, *S.M. v. The City of New York et al.*, No. 20-CV-5164.

    Accordingly, this case is closed, and Petitioner is directed to file her motion to compel in the related civil case, No. 20-CV-5164.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: May 15, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge